UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 13 P 2: 36
U.S. DISTRICT COURT
                CT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No.3:01CR02 (AWT) |
| FELIPE COLON | : |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Anthony E. Kaplan, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Thursday, May 10, 2005 at 10:00 a.m., there will come before the Honorable Alvin W. Thompson, United States District Judge, at Hartford, Connecticut, the criminal case of <u>United States v. Felipe Colon</u>, Criminal Number 3:01CR02 (AWT).

2. That the above named defendant, FELIPE COLON (#00253497; DOB 01/13/81), is charged with a violation of supervised release.

3. That the said FELIPE COLON is now confined at the Northern Correctional Institution, Somers, Connecticut.

That the said FELIPE COLON should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this

Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Northern Correctional Institution, Somers, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said FELIPE COLON (#00253497; DOB 01/13/81) at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on May 10, 2005, at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                              UNITED STATES OF AMERICA

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              ANTHONY E. KAPLAN
                              ASSISTANT UNITED STATES ATTORNEY
                              FEDERAL BAR No. ct08083

STATE OF CONNECTICUT    )
                                                ss: New Haven, CT    April 12, 2005
COUNTY OF NEW HAVEN    )

    Personally appeared before me, Anthony E. Kaplan, Assistant United States Attorney, District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, and that the same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.

_____
Notary  Jane Vollono

My Commission Expires: 11-30-2008